COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION



RECEIVED
MAILROOM

JUN - 2 2014

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
  of the EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQ
ALEXANDRIA, VA 22314

Re:   UNITED STATES OF AMERICA EX REL CLAUDIA TORRES
      v. SOS INTERNATIONAL, LTD.
      Case or Matter No.: 1:13cv 1043

## CERTIFICATE OF COMPLIANCE

I hereby certify that in Richmond, Virginia on May 23, 2014, the following Summons and Amended Complaint and Demand in the above-styled matter was served on me as statutory agent for SOS INTERNATIONAL, LTD. in accordance with § 12.1-19.1 of the Code of Virginia by priority mail, and that on May 29, 2014, a copy of the Summons and Amended Complaint and Demand was sent by first-class United States mail to:

SOS INTERNATIONAL, LTD.
1881 CAMPUS COMMONS DR STE 500
RESTON, VA 20191

A copy of the request of the person seeking service is also submitted herewith.

Dated: May 29, 2014

*Joel H. Peck*
Joel H. Peck
Clerk of the Commission

14-05-27-1616

SERVOP
CIS0317

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

UNITED STATES OF AMERICA ex rel.,
CLAUDIA TORRES

*Plaintiff(s)*

v.   Civil Action No. 1:13 cv 1043

SOS INTERNATIONAL, LTD

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION** *Amended Complaint*

To: *(Defendant's name and address)* SOS International LTD
1881 Campus Commons Drive
Suite 500
Reston, VA 20191

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Leslie McAdoo Gordon
McAdoo Gordon & Associates, P.C.
1140 19th St., NW
Suite 602
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/20/14

*Signature of Clerk or Deputy Clerk*

FILED MAILROOM
JUN - 2 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13 cv 1043

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: