UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION

U.S. ex rel
Claudia Torres

vs.

SOS International, Ltd.

Civil/Criminal Action No. 1:13 cv 1043

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

(Or)

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
__Defendant SOS International, Ltd., a N.Y. LLC__
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public. ✓

__6/20/2014__
Date

__David G. Bayer__
Signature of Attorney or Litigant
Counsel for __Defendant__
__SOS International, Ltd.__

Rev. 7/14/04