IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, ex rel. Torres, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL No. 1:13cv1043 |
| SOS INTERNATIONAL LTD. | ) ) ) |
| Defendant. | ) |

JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the United States, having declined to intervene in this *qui tam* action brought pursuant to the False Claims Act, 31 U.S.C. §§ 3729-33 (FCA), and Relator Claudia Torres ("Relator"), hereby notify the Court of the voluntary dismissal of this action as set forth below.

In accordance with, and subject to the terms of, a settlement agreement ("the Settlement Agreement") reached between the United States, Relator, and defendant SOS International Ltd., the United States and the Relator hereby voluntarily dismiss, with prejudice, the claims asserted by Relator in this action on behalf of the United States and against SOS International Ltd. that are based on the Covered Conduct as defined in Recitals Paragraph C of the Settlement Agreement.

In addition, Relator hereby voluntarily dismisses, with prejudice to Relator and without prejudice to the United States, the remaining claims asserted by Relator against SOS International Ltd. in this action (the "Remaining Claims"), including claims made in Relator's individual capacity, as well as those claims asserted on behalf of the United States in which

claims the United States has declined to intervene. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby consents to Relator's voluntary dismissal of the Remaining Claims without prejudice to the United States.

Dated:

AGREED TO: 3/20/2015

FOR THE RELATOR:

*Leslie McAdoo Gordon*
Leslie McAdoo Gordon VSB# 41692
McAdoo Gordon & Associates, P.C.
1140 19th Street NW, Suite 602
Washington, D.C. 20036
Counsel for Claudia Torres
Va. Bar #41692
Tel: 202-293-0534
Fax: 202-478-2095
e-mail: leslie.mcadoo@mcadoolaw.com

AGREED TO:

FOR THE UNITED STATES:

DANA J. BOENTE
United States Attorney
Eastern District of Virginia

*Gerard Mene*
Gerard Mene
Assistant U.S. Attorney
Counsel for the United States
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: 703-299-3777
Fax: 703-299-3983
e-mail: Gerard.Mene@usdoj.gov

AGREED TO:

*David G. Barger*
David G. Barger
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
Counsel for SOS International Ltd.
Va. Bar No. 21652
McLean, VA 22102
Tel: 703-749-1307
Fax: 703-714-8307
Email: bargerd@gtlaw.com

IT IS HEREBY SO ORDERED this 26 day of Feb , 2015.

_____
UNITED STATES DISTRICT JUDGE
/s/
Liam O'Grady
United States District Judge

RECEIVED
2015 FEB 24 A 9: 15
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

RECEIVED
2015 FEB 20 PH 2:2[?]
U.S. ATTORNEY'S OFFICE
ALEXANDRIA, VA